# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN A. HARALSON, <br>     Plaintiff(s), <br> v. <br> SUTHERLAND GLOBAL SERVICES, <br>     Defendant(s). | Case No.: 2:19-cv-01142-JAD-NJK <br><br> **ORDER** <br><br> (Docket Nos. 8, 9) |

Pending before the Court are Plaintiff's motion and amended motion to extend time to serve the complaint and summons. Dockets No. 8, 9. For good cause shown, the Court **GRANTS** Plaintiff's amended motion at Docket No. 9. Plaintiff must effect service of process no later than November 29, 2019. Plaintiff must file proof of service on the docket no later than December 6, 2019. The Court **DENIES** Plaintiff's motion at Docket No. 8 as moot.

IT IS SO ORDERED.

Dated: October 29, 2019

                                                            Nancy J. Koppe <br>
                                                          United States Magistrate Judge