WENDY M. KRINCEK, ESQ., Bar # 6417
Z. KATHRYN BRANSON, ESQ., Bar # 11540
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email: wkrincek@littler.com
       kbranson@littler.com
       ddickinson@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VIVIAN A. HARALSON,<br><br>        Plaintiff,<br><br>vs.<br><br>SUTHERLAND GLOBAL SERVICES, INC.,<br><br>        Defendant. | Case No. 2:19-cv-01142-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 46 |

Plaintiff VIVIAN A. HARALSON and Defendant SUTHERLAND GLOBAL SERVICES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees.

Dated: August 28, 2020

Respectfully submitted,

/s/ *Jeffrey Gronich*
JEFFREY GRONICH, ESQ.
JEFFREY GRONICH, ATTORNEY AT LAW

Attorney for Plaintiff
VIVIAN A. HARALSON

Dated: August 28, 2020

Respectfully submitted,

/s/ *Diana G. Dickinson*
WENDY M. KRINCEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES, INC.

**ORDER**

Based on the parties' stipulation **[ECF No. 46]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 1, 2020

2.